# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER D. SEVILLET, | ) | 2:11-cv-00761-PMP-LRL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| ISIDRO BACA, *et al.*, | ) | |
| Defendants. | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On May 12, 2011, defendants filed a petition for removal seeking to remove this action from the Eighth Judicial District Court of the State of the Nevada. (ECF No. 1.)

In the petition for removal, defendants state that: (1) plaintiff first commenced this action on February 15, 2011; (2) plaintiff filed an amended complaint on March 30, 2011; and (3) defendants received the amended complaint on April 12, 2011. However, defendants do not state when, or if, they received or were served with plaintiff's original complaint. In order to determine if defendants timely removed from state court under 28 U.S.C. § 1446, the court orders defendants to file a supplement to their petition for removal stating, when, or if, they received or were served with plaintiff's original complaint.

**IT IS SO ORDERED.**

DATED:  June 8, 2011.

_____
UNITED STATES MAGISTRATE JUDGE