1
2
3
4                           UNITED STATES DISTRICT COURT
5                                DISTRICT OF NEVADA
6                                       * * *
7    ALEXANDER D. SEVILLET,            )
                                       )
8                     Plaintiff,       )        2:11-cv-00761-PMP-CWH
                                       )
9    vs.                               )        ORDER
                                       )
10   DWIGHT NEVEN, *et al.*,           )
                                       )
11                    Defendants.      )
     ─────────────────────────────────)
12
13        This matter is before the Court on Plaintiff's Motion to Extend Prison Copywork Limit
14   (#15), filed August 24, 2011, and Defendants' Opposition to Plaintiff's Motion to Extend Prison
     Copy Work Limit (#16), filed September 7, 2011.
15
16        Plaintiff is a prisoner in the custody of the Nevada Department of Corrections (NDOC)
17   and is currently housed in the Ely State Prison.  He requests that the Court enter an order
18   directing the NDOC to extend his copywork limit.  A prisoner does not have a right to free
19   photocopying.  *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d
20   1166, 1169 (9th Cir.1989) (stating "numerous courts have rejected any constitutional right to free
     and unlimited photocopying").  NDOC Administrative Regulation 722 ("Inmate Legal Access")
21   provides that "[c]opies of legal documents requested by inmates may be made for a nominal fee."
22   Nevada Department of Corrections Administrative Regulation (NDOC AR) 722.01(9).  "Inmates
23   can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case."
24   *See* NDOC AR 722.01(9)(D).  Plaintiff acknowledges that he has exceeded his prison copy limit.
25
26        A court may order a prison to provide additional photocopying when the petitioner
27   demonstrates that an increase is necessary for an inmate to provide copies to the court and other
28   parties.  *See Cf.*, *Allen v. Clark County Detention Center*, 2011 WL 886343 *2 (D. Nev.).
     Plaintiff has failed to demonstrate in the present motion that an increase is necessary.  Nevada

1  prisons provide inmates with carbon paper to enable inmates to reproduce writings without the

2  use of photocopies.  *See* NDOC AR 702.01(9)(E) ("Carbon paper should be made available to

3  any inmate who requests this item for legal purposes ....").  Accordingly,

4       **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit

5  (#15) is **denied**.

6       DATED this 15th day of September, 2011.

7

8  _____
      C.W. Hoffman, Jr.

9     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -