# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER D. SEVILLET,  <br>             Plaintiff,  <br>vs.  <br>ISIDRO BACA, *et al.*,  <br>             Defendants. | 2:11-CV-00761-PMP-CWH  <br><br>**ORDER** |

**IT IS ORDERED** that Defendants' Motion to Stay Discovery Until the First Defendant Files an Answer (Doc. #36) is **DENIED**.

DATED: December 7, 2011.

_____
PHILIP M. PRO
United States District Judge