UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ALEXANDER D. SEVILLET, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00761-PMP-CWH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DWIGHT NEVEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Production of Documents (#43), filed December 8, 2011. Plaintiff's recent motion to amend (#44) naming Scott Alexander as a defendant was granted. *See* Order (#54). Plaintiff requests that the Court provide copies of all documents on the docket to serve on Scott Alexander. Counsel for Defendants has indicated that the requested copies are unnecessary because Scott Alexander is still an employee of the Nevada Department of Corrections and, therefore, counsel has authority to accept service on behalf of Mr. Alexander. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Production of Documents (#43) is **denied**.

DATED this 5th day of January 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge