UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ALEXANDER D. SEVILLET,

             Plaintiff,           2:11-cv-00761-PMP-CWH

vs.                                  ORDER

DWIGHT NEVEN, *et al.*,

             Defendants.

       This matter is before the Court on Plaintiff's Motion to Postpone Discovery (#75), filed February 8, 2012.

       By way of his motion, Plaintiff requests that Court postpone discovery pending resolution of Plaintiff's motion for assistance (#45). To the extent Plaintiff seeks to stay discovery, he has not demonstrated that such a stay is appropriate. Nevertheless, it appears that the motion is more appropriately viewed as a motion to extend discovery. It also appears that there is good cause for an extension of discovery. Accordingly, the parties are instructed to meet and confer to discuss an extension and instructed to file a stipulation with the Court that satisfies the requirements of Local Rule (LR) 26-4. Specifically, the stipulation should provide:

       (1) A statement specifying the discovery completed;

       (2) A specific description of the discovery that remains;

       (3) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

       (4) A proposed schedule for completing all remaining discovery.

The stipulation should be filed not later than fourteen (14) days from the date of this order. The parties are instructed to include detailed and specific statements regarding the discovery completed and the discovery remaining.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion to Postpone Discovery (#75) is **denied**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer for the purpose of submitting a stipulated extension of discovery. The parties shall meet and confer within fourteen (14) days of this Order and file a stipulation with the Court not later than **Friday, February 24, 2012**. Because Plaintiff is incarcerated, the Court will require that counsel for Defendants' initiate the meet and confer.

DATED this 9th day of February, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge