UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER D. SEVILLET,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>　　　　　　Defendants. | 2:11-cv-00761-PMP-CWH<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's Motion for Assistance (#45), filed December 12, 2011; Plaintiff's Motion to Amend (#76), filed February 8, 2012; Defendants' Motion for Clarification and Stay (#80), filed February 16, 2012; and Plaintiff's Motion to Compel (#82), filed February 22, 2012. Defendants' recently filed a motion indicating that Plaintiff's settlement offer had been accepted. (#88). The parties are currently exchanging documents in order to finalize the settlement agreement. Accordingly,

　　　**IT IS HEREBY ORDERED** that the following motions are **denied without prejudice**:

1. Plaintiff's Motion for Assistance (#45),

2. Plaintiff's Motion to Amend (#76),

3. Defendants' Motion for Clarification and Stay (#80), and

4. Plaintiff's Motion to Compel (#82).

　　　**IT IS FURTHER ORDERED** that the parties shall file a joint status report by **May 11, 2012**, apprising the Court of the status of settlement.

　　　DATED this 27th day of April, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge